**Charles Ellwood GWATHNEY, Petitioner–Appellant,**

**v.**

**J. ZIEGLER, Warden, Respondent–Appellee.**

**No. 10–7243.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 7, 2010.

Charles Ellwood Gwathney, Appellant Pro Se.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Ellwood Gwathney, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gwathney v. Ziegler,* No. 5:10–cv–00034–FPS–JES, 2010 WL 3220114 (N.D.W.Va. Aug. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*